# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-17691-AMC

SUSAN  PICKFORD

12724 HOLLINS ROAD

PHILADELPHIA, PA 19154

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  SUSAN  PICKFORD

  12724 HOLLINS ROAD

  PHILADELPHIA, PA 19154

Counsel for debtor(s), by electronic notice only.

  PAUL H YOUNG
  3554 HULMEVILLE RD
  SUITE 102
  BENSALEM, PA 19020

                                /S/ William C. Miller

Date: 8/2/2018                              _____

                                      William C. Miller, Esquire
                                      Chapter 13 Standing Trustee