# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Susan Pickford <br>                         Debtor(s) <br><br> Freedom Mortgage Corporation, its successors and/or assigns <br>                         Movant <br>         vs. <br><br> Susan Pickford <br>                         Debtor(s) <br><br> William C. Miller Esq. <br>                         Trustee | CHAPTER 13 <br><br> NO. 17-17691 amc |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Freedom Mortgage Corporation, which was filed with the Court on or about **May 1, 2018; Docket No. 31**.

                                               Respectfully submitted,

                                               **/s/ Kevin G. McDonald, Esquire**
                                               Kevin G. McDonald, Esquire
                                               KML Law Group, P.C.
                                               BNY Mellon Independence Center
                                               701 Market Street, Suite 5000
                                               Philadelphia, PA  19106
                                               215-627-1322

August 24, 2018