```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17691-amc
Susan Pickford                                                          Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: YvetteWD              Page 1 of 2                  Date Rcvd: Oct 03, 2018
                              Form ID: 152                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             +Susan Pickford,    12724 Hollins Road,     Philadelphia, PA 19154-1510
14013140      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank Of America,     Po Box 982238,     El Paso, TX 79998)
14091970       +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
14030368        Capital One, N.A.,    c/o Becket and Lee LLP,     PO Box 3001,    Malvern PA 19355-0701
14013144       +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14013143       +Chase Card,    Attn: Correspondence,    Po Box 15298,    Wilmington, DE 19850-5298
14013146       +Citibank/The Home Depot,     Po Box 6497,    Sioux Falls, SD 57117-6497
14013145       +Citibank/The Home Depot,     Citicorp Cr Srvs/Centralized Bankruptcy,     Po Box 790040,
                 St Louis, MO 63179-0040
14092261        Freedom Mortgage Corporation,     10500 Kincaid Drive,    Fishers, Indiana 46037-9764
14013156       +Mortgage Service Cente,     1 Mortgage Way,    Mount Laurel, NJ 08054-4637
14013155       +Mortgage Service Cente,     Attn: Bankruptcy Dept,    Po Box 5452,    Mt Laurel, NJ 08054-5452
14013157       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
14029895       +TruMark Financial Credit Union,     335 Commerce Drive, PO Box 8134,
                 Fort Washington, PA 19034-2712
14013166       +Trumark Financial Cu,    335 Commerce Dr,     Fort Washington, PA 19034-2712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 04 2018 02:19:45     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2018 02:19:29
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2018 02:19:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14013142        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2018 02:30:24      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14091876       +E-mail/Text: bncmail@w-legal.com Oct 04 2018 02:19:41     COMENITY CAPITAL BANK,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
14013141       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 04 2018 02:29:34      Capital One,
                 Attn: General Correspondence/Bankruptcy,     Po Box 30285,    Salt Lake City, UT 84130-0285
14013147       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 04 2018 02:19:24     Comenitycapital/boscov,
                 Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
14013148       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 04 2018 02:19:24     Comenitycapital/boscov,
                 Po Box 182120,    Columbus, OH 43218-2120
14013150        E-mail/Text: mrdiscen@discover.com Oct 04 2018 02:19:20     Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
14013149       +E-mail/Text: mrdiscen@discover.com Oct 04 2018 02:19:20     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14013151       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Oct 04 2018 02:20:00      Genesis Bc/celtic Bank,
                 268 S State St Ste 300,    Salt Lake City, UT 84111-5314
14013152       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 04 2018 02:19:21     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
14013153       +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 04 2018 02:19:21     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14043476        E-mail/PDF: cbp@onemainfinancial.com Oct 04 2018 02:29:51     ONEMAIN,    PO BOX 3251,
                 EVANSVILLE, IN. 47731-3251
14028158        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 02:29:30
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14013223       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 02:29:29
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14024391        E-mail/Text: bnc-quantum@quantum3group.com Oct 04 2018 02:19:26
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
14013158       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:52     Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14013159       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:51     Synchrony Bank/ Old Navy,
                 Po Box 965005,    Orlando, FL 32896-5005
14013160       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:28     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14013161       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:30:18     Synchrony Bank/Lowes,
                 Po Box 965005,    Orlando, FL 32896-5005
14013162       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:30:18     Synchrony Bank/QVC,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14013163       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:53     Synchrony Bank/QVC,
                 Po Box 965005,    Orlando, FL 32896-5005
14013164       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:30:18     Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14013165       +E-mail/PDF: gecsedi@recoverycorp.com Oct 04 2018 02:29:28     Synchrony Bank/Sams,
                 Po Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 25
```

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                  Date Rcvd: Oct 03, 2018
                              Form ID: 152                Total Noticed: 39
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14013154         Mortgage
14013139      ##+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
                                                                                         TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
         JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
          ecfemails@ph13trustee.com
         KEVIN G. MCDONALD    on behalf of Creditor   Freedom Mortgage Corporation bkgroup@kmllawgroup.com
         MARIO J. HANYON    on behalf of Creditor   PHH MORTGAGE CORPORATION paeb@fedphe.com
         MARY JACQUELINE LARKIN    on behalf of    Trumark Financial Credit Union mjlarkin@mklaw.us.com,
          camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
         PAUL H. YOUNG    on behalf of Debtor Susan  Pickford support@ymalaw.com,   ykaecf@gmail.com,
          paullawyers@gmail.com,pyoung@ymalaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Susan Pickford
    Debtor(s)

Case No: 17–17691–amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 12/4/18 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court