United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Susan Pickford  
       Debtor

Case No. 17-17691-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Dec 09, 2019  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.  
db         +Susan Pickford,    12724 Hollins Road,    Philadelphia, PA 19154-1510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2019 at the address(es) listed below:  
        CORINNE SAMLER BRENNAN    on behalf of    Trumark Financial Credit Union cbrennan@klehr.com,  
         swenitsky@klehr.com  
        JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,  
         ecfemails@ph13trustee.com  
        JEROME B. BLANK    on behalf of Creditor    Freedom Mortgage Corporation paeb@fedphe.com  
        KEVIN G. MCDONALD    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com  
        MARIO J. HANYON    on behalf of Creditor    PHH MORTGAGE CORPORATION paeb@fedphe.com  
        MARY JACQUELINE LARKIN    on behalf of    Trumark Financial Credit Union mjlarkin@ohaganmeyer.com,  
         jpitner@ohaganmeyer.com  
        PAUL H. YOUNG    on behalf of Debtor Susan  Pickford support@ymalaw.com,   ykaecf@gmail.com,  
         paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                TOTAL: 9

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SUSAN M. PICKFORD        :  CHAPTER 13
                                :
       Debtor                   :  BANKRUPTCY NO. 17-17691

## ORDER TO ALLOW COUNSEL FEES

AND NOW, this _____ day of _____, 2018, upon consideration of the foregoing Application and upon Notice, Opportunity for Hearing and Certification of No Objection, counsel fees are allowed in the following amount:

Counsel fee:   $3,015
Total paid by Debtor prepetition:   $1,325
($1,690 to be paid in Plan)
Filing fee paid by client

The amount paid is for counsel's handling of Debtor's above-captioned Chapter 13 case.

In the event debtor's case is dismissed prior to confirmation, the Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. Section 1326(b), 11 U.S.C. Section 507, 11 U.S.C. Section 503(b) and 11 U.S.C. Section 330(a)(4)(B), **the allowed compensation set forth above less $1,325 which was paid by the Debtor(s) prepetition.**

Date: **December 9, 2019**                            _____
                                                                              J.

Suggested copies:

U.S. Trustee's Office

Trustee

All Creditors on Matrix

Debtor