United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 17-17691-mdc

Susan Pickford                                                                                      Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                                    Page 1 of 4

Date Rcvd: Apr 16, 2021                      Form ID: 138NEW                                    Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Susan Pickford, 12724 Hollins Road, Philadelphia, PA 19154-1510 |
| 14013140 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14091970 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14030368 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14092261 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14299896 | + | Freedom Mortgage Corporation, c/o Maria Tsagaris, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14013156 | + | Mortgage Service Cente, 1 Mortgage Way, Mount Laurel, NJ 08054-4637 |
| 14013155 | + | Mortgage Service Cente, Attn: Bankruptcy Dept, Po Box 5452, Mt Laurel, NJ 08054-5452 |
| 14013157 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14283384 | + | TruMark Financial Credit Union, c/o Corinne Samler Brennan, Esquire, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: bncmail@w-legal.com | Apr 17 2021 03:34:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| NONE | + | Email/Text: dbogucki@trumark.org | Apr 17 2021 03:37:00 | Trumark Financial Credit Union, 335 Commerce Drive, P. O. Box 8127, Ft. Washington, PA 19034-8127 |
| 14013142 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:14 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14091876 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2021 03:32:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 14013141 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:14 | Capital One, Attn: General |

District/off: 0313-2 | User: admin | Page 2 of 4
Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 45

| | | | |
|---|---|---|---|
| | | | Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14013146 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 17 2021 03:54:23 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14013145 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 17 2021 04:01:40 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14013148 | + | Email/Text: BNC-ALLIANCE@QUANTM3GROUP.COM | |
| | | Apr 17 2021 03:32:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14013147 | + | Email/Text: BNC-ALLIANCE@QUANTM3GROUP.COM | |
| | | Apr 17 2021 03:32:00 | Comenitycapital/boscov, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 14013150 | | Email/Text: mrdiscen@discover.com | |
| | | Apr 17 2021 03:31:00 | Discover Financial, Po Box 15316, Wilmington, DE 19850 |
| 14013149 | + | Email/Text: mrdiscen@discover.com | |
| | | Apr 17 2021 03:31:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14013151 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | |
| | | Apr 17 2021 03:37:00 | Genesis Bc/celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 14013143 | | Email/PDF: ais.chase.ebn@americaninfosource.com | |
| | | Apr 17 2021 03:51:07 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14013144 | | Email/PDF: ais.chase.ebn@americaninfosource.com | |
| | | Apr 17 2021 04:00:46 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14013153 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Apr 17 2021 03:31:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14013152 | + | Email/Text: PBNCNotifications@peritusservices.com | |
| | | Apr 17 2021 03:31:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14043476 | | Email/PDF: cbp@onemainfinancial.com | |
| | | Apr 17 2021 04:00:13 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 14028158 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Apr 17 2021 04:10:49 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14013223 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Apr 17 2021 03:52:06 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14024391 | | Email/Text: bnc-quantum@quantum3group.com | |
| | | Apr 17 2021 03:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14217392 | + | Email/Text: bncmail@w-legal.com | |
| | | Apr 17 2021 03:34:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14013158 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Apr 17 2021 03:50:33 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013159 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Apr 17 2021 04:00:28 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14013160 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Apr 17 2021 03:50:33 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013161 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Apr 17 2021 03:50:33 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14013162 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Apr 17 2021 04:00:29 | Synchrony Bank/QVC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14013163 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Apr 17 2021 03:50:33 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 14013165 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Apr 17 2021 04:00:30 | Synchrony Bank/Sams, Po Box 965005, Orlando, FL 32896-5005 |
| 14013164 | + | Email/PDF: gecsedi@recoverycorp.com | |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 45

| | | Apr 17 2021 04:09:48 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14029895 | + Email/Text: dbogucki@trumark.org | | |
| | | Apr 17 2021 03:37:00 | TruMark Financial Credit Union, 335 Commerce Drive, PO Box 8134, Fort Washington, PA 19034-2701 |
| 14013166 | + Email/Text: dbogucki@trumark.org | | |
| | | Apr 17 2021 03:37:00 | Trumark Financial Cu, 335 Commerce Dr, Fort Washington, PA 19034-2701 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14013154 | | Mortgage |
| 14013139 | ##+ | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021 | Signature: | /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CORINNE SAMLER BRENNAN | on behalf of Trumark Financial Credit Union cbrennan@klehr.com  swenitsky@klehr.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| KEVIN G. MCDONALD | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor PHH MORTGAGE CORPORATION wbecf@brockandscott.com  wbecf@brockandscott.com |
| MARY JACQUELINE LARKIN | on behalf of Trumark Financial Credit Union mjlarkin@vaughanbaio.com  jpitner@vaughanbaio.com |
| PAUL H. YOUNG | on behalf of Debtor Susan Pickford support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| United States Trustee | |

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 12

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Susan Pickford

          Debtor(s)

Bankruptcy No: 17−17691−mdc

Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2.  Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3.  Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                       For The Court
                                     Timothy B. McGrath
                                     Clerk of Court

Dated: 4/16/21

63 − 62
Form 138_new
